IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONEY VINCENT                                                                                          PLAINTIFF

v.                                      CASE NO. 5:09CV00199-JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 2nd day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE